```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  EL DORADO DIVISION
```

LISA ADAMSON, Individually and as
Special Administratrix of the Estate of
CHARLES ADAMSON, Deceased                                    PLAINTIFF

         v.              Civil No. 07-1081

WADLEY HEALTH SYSTEM;
WADLEY REGIONAL MEDICAL CENTER;
WADLEY HEALTH SYSTEM MANAGED
HEALTH CARE EMPLOYEE BENEFIT
PLAN; WEBTPA EMPLOYER SERVICES,
LLC; AMERICAN HEALTH HOLDING, INC.;
and MICHAEL POTTER                                          DEFENDANTS

## J U D G M E N T

Now on this 6th day of February, 2009, for reasons set forth its Order dated October 20, 2008, and in two Orders entered contemporaneously herewith, the Court makes the following order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Wadley Health System Managed Health Care Employee Benefit Plan forthwith pay the medical expenses of Charles Adamson, Deceased, incurred from August 31, 2005, through October 5, 2005, in accordance with the terms of the Wadley Health System Managed Health Care Employee Benefit Plan, as interpreted and directed in this Court's Order of October 20, 2008.

**IT IS FURTHER ORDERED** that plaintiff Lisa Adamson, Individually and as Special Administratrix of the Estate of Charles Adamson, Deceased, have and recover judgment from separate defendant Michael Potter in the sum of Thirty-Seven Thousand Two

Hundred Fifty and no/100 Dollars ($37,250.00), with interest thereon from the date of this Judgment until paid at the rate of .49% per annum, for which execution may issue.

**IT IS FURTHER ORDERED** that plaintiff Lisa Adamson, Individually and as Special Administratrix of the Estate of Charles Adamson, Deceased, have and recover judgment for her costs and attorney's fees in this action, jointly and severally from defendants Wadley Health System; Wadley Regional Medical Center; Wadley Health System Managed Care Employee Benefit Plan; and Michael Potter, in the sum of Twenty-Six Thousand Two Hundred Twenty-Six and 56/100 Dollars ($26,226.56), with interest thereon from the date of this Judgment until paid at the rate of .49% per annum, for which execution may issue.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**